Argued August 22, affirmed August 22, petition for rehearing
denied September 14, petition for review
denied November 8, 1972

STATE OF OREGON, *Respondent, v.* DAVID BUTLER KNIGHTEN (No. C 71-11-3607 Cr), *Appellant.*

500 P2d 275

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.